McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0045-MCE |
|---|---|
| Plaintiff, | **NOTICE OF RELATED CASES AND ORDER** |
| v. | [E.D. Cal. L.R. 123] |
| SHAWN DARRELL WILSON, aka KENNETH BRYANT, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0046-KJM |
| Plaintiff, | **NOTICE OF RELATED CASES AND ORDER** |
| v. | [E.D. Cal. L.R. 123] |
| CHRISTOPHER ALEXANDER KEMP, | |
| Defendant. | |

The United States of America, through Assistant United States Attorney Timothy H. Delgado, gives notice that the above-entitled actions are related within the meaning of Local Rule 123.

**STATEMENT OF FACTS**

On March 8, 2018, the grand jury returned an 18-count indictment in 2:18-cr-0045-MCE, charging defendant Shawn Wilson with a litany of firearms offenses spanning a 12-week period from September to December 2017. *See United States v. Shawn Darrell Wilson*, 2:18-cr-0045-MCE (Dkt. No. 3). The

NOTICE OF RELATED CASES AND ORDER 1

indictment charges Mr. Wilson with unlawfully possessing a firearm as a felon on October 8, 2017, in violation of 18 U.S.C. § 922(g)(1), among other offenses. *Id.* at 3.

On March 8, the grand jury also returned a 2-count indictment in 2:18-cr-0046-KJM, charging defendant Christopher Kemp with two separate violations of 18 U.S.C. § 922(g)(1). *See United States v. Christopher Alexander Kemp*, 2:18-cr-0046-KJM (Dkt. No. 1). Just like Mr. Wilson, Mr. Kemp is also charged with unlawfully possessing a firearm as a felon on October 8, 2017. *Id.* at 2.

The October 8, 2017 offense conduct charged in Mr. Wilson's and Mr. Kemp's two cases arises from the same transaction. On that day, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) conducted a controlled purchase of ten firearms from Wilson and Kemp as part of the same operation. The details of that operation are set out in full in the criminal complaint filed in 2:18-cr-0045-MCE. *See* Dkt No. 1 at 11-12. In sum, the complaint describes an ATF operation in which Wilson and Kemp sold an undercover agent firearms at two separate locations within a 90-minute period. Wilson sold the agent two firearms for $1,800 and $1,400, respectively, while Kemp sold the agent eight handguns total: four pistols for $4,300 during the first transaction, and four pistols for $3,700 during the second transaction. *Id.* The criminal complaint explains how Wilson and Kemp worked together as accomplices during the two buys.

Wilson and Kemp are currently in custody on state charges pending in the Sacramento Superior Court. Now that both men have been indicted federally, the Deputy District Attorney for both matters has informed the undersigned that he intends to dismiss the pending state charges at each defendant's next court appearance. Wilson will be taken into federal custody on March 14, 2018, and Kemp will be taken into federal custody on March 22, 2018. Both defendants will be arraigned on or near those dates.

## ANALYSIS

Under Local Rule 123, cases may be related if the Court finds:

(1) That the actions involve the same parties and are based on the same or similar claims;

(2) That the actions involve the same property, transaction, or event;

(3) That the actions involve similar questions of fact and the same question of law and their assignment to the same Judge . . . is likely to effect a substantial savings of judicial effort, either because the same result should follow in the actions or otherwise; or

(4) For any other reasons, it would entail substantial duplication of labor if the action were heard by different Judges . . ."

Here, Wilson's and Kemp's two cases should be related under Local Rule 123 because the cases are based on the same transaction or event, and because they involve the same parties and are based on the same or similar claims. E.D. Cal. L.R. 123(a)(1)-(2).

Accordingly, the government requests that the Court: (1) relate the later-file indictment in *United States v. Christopher Kemp*, 2:18-cr-0046-KJM, to the earlier-filed indictment in *United States v. Shawn Wilson*, 2:18-cr-0045-MCE; and (2) order the Clerk's Office to reassign *United States v. Shawn Wilson*, 2:18-cr-0045-MCE, to the Hon. Morrison C. England, Jr., pursuant to Local Rule 123(c).

Dated: March 11, 2018  
    McGREGOR W. SCOTT  
    United States Attorney

By: */s/ Timothy H. Delgado*  
    TIMOTHY H. DELGADO  
    Assistant United States Attorney

# ORDER

For the reasons set forth in the Notice of Related Cases filed by counsel for the United States, the Court finds that the criminal case captioned *United States v. Shawn Darrell Wilson*, 2:18-cr-0045-MCE, is related to the case captioned *United States v. Christopher Alexander Kemp*, 2:18-cr-0046-KJM, within the meaning of Local Rule 123(a), and that assignment of these two matters to a single District Judge is likely to effect a savings of judicial effort.

Based on this finding, and pursuant to Local Rule 123(c), IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall reassign the case of *United States v. Christopher Alexander Kemp*, 2:18-cr-0046-KJM, to the Hon. Morrison C. England, Jr., and that case shall be designated, "Case No. 2:18-cr-0046-MCE"; and

2. The Clerk of the Court shall make appropriate adjustment of cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: March 13, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE