1 McGREGOR W. SCOTT
United States Attorney
2 TIMOTHY H. DELGADO
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900

5

6 Attorneys for Plaintiff
United States of America

7

8                        IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | 2:18-CR-00045-MCE |
| 12 | Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| 13 | v. | Date: April 19, 2018 |
| 14 | SHAWN DARRELL WILSON, aka KENNETH BRYANT, | Time: 10:00 a.m. Judge: Hon. Morrison C. England, Jr. |
| 15 | | |
| 16 | Defendant. | |

17

18         Plaintiff United States of America, through its respective counsel, and defendant Shawn Darrell

19 Wilson, aka Kenneth Bryant, through his counsel of record, stipulate that the status conference now set

20 for April 19, 2018, be continued to May 24, 2018, at 10:00 a.m.

21         On March 15, 2018, Mr. Wilson was arraigned on the 18-count Indictment in this case. (ECF

22 Nos. 3, 8.) In the weeks following, the government produced discovery to the defense that included 115

23 pages of reports and memoranda, as well as eight compact disks that included dozens of audio and video

24 recordings. Defense counsel requires additional time to review these materials individually and with her

25 client, to conduct additional investigation, and to otherwise prepare for trial.

26         Based on the foregoing, the parties stipulate that the status conference currently set for April 19,

27 2018, be continued to May 24, 2018, at 10:00 a.m. The parties further agree that time under the Speedy

28 Trial Act should be excluded from the date the parties stipulated, up to and including May 24, 2018,

1 under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local

2 Code T4, based on continuity of counsel and defense preparation.

3      The parties agree that the failure to grant a continuance in this case would deny defense counsel

4 reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5 The parties also agree that the ends of justice served by the Court granting the requested continuance

6 outweigh the best interests of the public and the defendant in a speedy trial.

7                             Respectfully submitted,

8

9 Dated:  April 12, 2018                     */s/ Timothy H. Delgado*

10                                  TIMOTHY H. DELGADO
                                 Assistant United States Attorney

11                                  Attorney for Plaintiff United States

12

13 Dated:  April 12, 2018                     */s/ THD for Hannah R. Labaree*

14                                  HANNAH R. LABAREE
                                 Assistant Federal Defender

15                                  Attorney for Defendant Shawn Wilson, aka
                                     Kenneth Bryant

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>ORDER</u>

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including May 24, 2018, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479 (Local Code T4). It is further ordered that the April 19, 2018 status conference be continued until May 24, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: April 13, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE