McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>SHAWN DARRELL WILSON, aka<br>    KENNETH BRYANT,<br><br>                              Defendant. | 2:18-CR-00045-MCE<br><br>STIPULATION AND ORDER TO CONTINUE<br>STATUS CONFERENCE<br><br>Date:  May 24, 2018<br>Time:  10:00 a.m.<br>Judge:  Hon. Morrison C. England, Jr. |

Plaintiff United States of America, through its respective counsel, and defendant Shawn Darrell Wilson, aka Kenneth Bryant, through his counsel of record, stipulate that the status conference now set for May 24, 2018, be continued to July 5, 2018, at 10:00 a.m.

On March 15, 2018, Mr. Wilson was arraigned on the 18-count Indictment in this case.  (ECF Nos. 3, 8.)  In the weeks following, the government produced discovery to the defense that included 115 pages of reports and memoranda, as well as eight compact disks that included dozens of audio and video recordings.  Defense counsel requires additional time to review these materials individually and with her client, to conduct additional investigation, and to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently set for May 24, 2018, be continued to July 5, 2018, at 10:00 a.m.  The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including July 5, 2018, under

18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4, based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: May 21, 2018          _/s/ Timothy H. Delgado_____
                             TIMOTHY H. DELGADO
                             Assistant United States Attorney
                             Attorney for Plaintiff United States

Dated: May 21, 2018          _/s/ THD for Hannah R. Labaree____
                             HANNAH R. LABAREE
                             Assistant Federal Defender
                             Attorney for Defendant Shawn Wilson, aka
                                 Kenneth Bryant

<u>ORDER</u>

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Time from the date the parties stipulated, up to and including July 5, 2018, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479 (Local Code T4). It is further ordered that the May 24, 2018 status conference be continued until July 5, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 22, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE