1  McGREGOR W. SCOTT
   United States Attorney
2  TIMOTHY H. DELGADO
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                   IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              | 2:18-CR-00045-MCE
12 |                       Plaintiff,       | STIPULATION AND ORDER TO CONTINUE
   |                                        | STATUS CONFERENCE
13 |           v.                           |
   |                                        | Date: July 5, 2018
14 | SHAWN DARRELL WILSON, aka              | Time: 10:00 a.m.
   |     KENNETH BRYANT,                    | Judge: Hon. Morrison C. England, Jr.
15 |                                        |
   |                       Defendant.       |
16

17

18    Plaintiff United States of America, through its respective counsel, and defendant Shawn Darrell

19 Wilson, aka Kenneth Bryant, through his counsel of record, stipulate that the status conference now set

20 for July 5, 2018, be continued to August 2, 2018, at 10:00 a.m.

21    On March 15, 2018, Mr. Wilson was arraigned on the 18-count Indictment in this case. (ECF

22 Nos. 3, 8.) In the weeks following, the government produced discovery to the defense that included 115

23 pages of reports and memoranda, as well as eight compact disks that included dozens of audio and video

24 recordings. In early May 2018, the government provided the defense with 40 pages of additional reports

25 and records. Defense counsel requires additional time to review these materials individually and with

26 her client, to conduct additional investigation, to research potential defenses and motions, and to prepare

27 for trial.

28 ///

STIPULATION AND ORDER TO CONTINUE STATUS          1
CONFERENCE

Based on the foregoing, the parties stipulate that the status conference currently set for July 5, 2018, be continued to August 2, 2018, at 10:00 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including August 2, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: June 29, 2018    */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

Dated: June 29, 2018    */s/ THD for Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for Defendant Shawn Wilson, aka
   Kenneth Bryant

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Time from the date the parties stipulated, up to and including August 2, 2018, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the July 5, 2018 status conference be continued until August 2, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: July 5, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE