1  McGREGOR W. SCOTT
   United States Attorney
2  TIMOTHY H. DELGADO
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | 2:18-CR-0045-MCE
12 | Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE
13 | v. |
14 | SHAWN DARRELL WILSON, aka KENNETH BRYANT, | Date: August 2, 2018
   | | Time: 10:00 a.m.
   | | Judge: Hon. Morrison C. England, Jr.
15 | |
16 | Defendant. |

17

       Plaintiff United States of America, through its respective counsel, and defendant Shawn Darrell Wilson, aka Kenneth Bryant, through his counsel of record, stipulate that the status conference now set for August 2, 2018, be continued to September 6, 2018, at 10:00 a.m.

       On March 15, 2018, Mr. Wilson was arraigned on the 18-count Indictment in this case. (ECF Nos. 3, 8.) In the weeks following, the government produced discovery to the defense that included 115 pages of reports and memoranda, as well as eight compact disks that included dozens of audio and video recordings. In early May 2018, the government provided the defense with 40 pages of additional reports and records. Recently, defense counsel has identified an additional set of records that will need to be produced as discovery. The government expects to produce these items in the next 1-2 weeks. Defense counsel will require additional time to review these new materials individually and with her client, to conduct additional investigation, to research potential defenses and motions, and to prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently set for August 2, 2018, be continued to September 6, 2018, at 10:00 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including September 6, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: July 28, 2018         */s/ Timothy H. Delgado*
                             TIMOTHY H. DELGADO
                             Assistant United States Attorney
                             Attorney for Plaintiff United States

Dated: July 28, 2018         */s/ THD for Hannah R. Labaree*
                             HANNAH R. LABAREE
                             Assistant Federal Defender
                             Attorney for Defendant Shawn Wilson, aka
                                Kenneth Bryant

ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Time from the date the parties stipulated, up to and including September 6, 2018, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the August 2, 2018 status conference be continued until September 6, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: August 2, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE