**OFFICE OF THE FEDERAL DEFENDER**
Eastern District of California
801 I Street, 3rd Floor
Sacramento, California 95814-2510
(916) 498.5700   FAX (916) 498.5710

HEATHER E. WILLIAMS
Federal Defender

BENJAMIN D. GALLOWAY
Chief Assistant Defender

# Memorandum

Date:      January 2, 2019

To:        Stephanie Deutsch, Deputy Courtroom Clerk to the
           Honorable Morrison C. England, Jr., United States Magistrate Judge

From:      Hannah Labaree, Assistant Federal Defender

Subject:   *United States v. Kenneth Bryant*
           2:18-cr-45-MCE

---

Please vacate the date set for Judgment and Sentencing in this case, on March 14, 2019 at 10:00 AM, and place the matter on calendar for Withdrawal of Plea, on January 17, 2019 at 10:00 AM.

Assistant United States Attorney Timothy Delgado and United States Probation Officer Julie Besabe have no objection to this request.

The parties' stipulated motion for withdrawal of plea will be filed simultaneously to this memo.

If you have any questions, please feel free to contact me.

HL

cc:   Julie Besabe, USPO