1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  HANNAH R. LABAREE, #294338
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Tel: 916-498-5700/Fax 916-498-5710

5

6  Attorney for Defendant
   KENNETH BRYANT

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,          Case No. 2:18-cr-045 MCE
11
             Plaintiff,               STIPULATION AND ORDER TO CONTINUE
12                                     STATUS CONFERENCE
        v.
13
   KENNETH BRYANT,                    DATE:      March 14, 2019
14                                    TIME       10:00 a.m.
             Defendant.              JUDGE:     Hon. Morrison C. England, Jr
15

16

17       IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

18  Attorney through Timothy Delgado Assistant United States Attorney, attorney for Plaintiff, and

19  Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree,

20  attorneys for Kenneth Bryant, that the status conference scheduled for March 14, 2019 be

21  vacated and be continued to April 11, 2019 at 10:00 a.m.

22       Defense counsel requires additional time to review discovery with the defendant and to

23  continue with futher investigation in this case.

24       Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

25  excluded from this order's date through and including April 11, 2019, pursuant to 18

26  ///

27  ///

28  ///

U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: March 8, 2019                    Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Hannah R. Labaree*
                                        HANNAH R. LABAREE
                                        Assistant Federal Defender
                                        Attorney for KENNETH BRYANT


DATED: March 8, 2019                    MCGREGOR W. SCOTT
                                        United States Attorney

                                        */s/ Timothy Delgado*
                                        TIMOTHY DELGADO
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on April 11, 2019, at 10:00 a.m. The Court orders the time from March 14, 2019 up to and including April 11, 2019, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.


Dated: March 13, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation and Order
to Continue Status Conference