McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0045-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: May 23, 2019 |
| KENNETH BRYANT, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

Plaintiff United States of America, through its respective counsel, and defendant Kenneth Bryant, through his counsel of record, stipulate that the status conference now set for May 23, 2019, be continued to June 20, 2019, at 10:00 a.m.

In March 2018, Mr. Bryant was arraigned on the 18-count Indictment in this case. (ECF Nos. 3, 8.) In September 2018, he pleaded guilty to Counts 1 and 18. (ECF Nos. 27, 30.) In January 2019, the Court granted Mr. Bryant's unopposed motion to withdraw his guilty pleas based on the need for further investigation and discovery concerning one of the agents involved in the underlying case investigation. (ECF No. 35.) Since that time, the parties have met and reviewed two reports that memorialized an interview with the former-agent, and the parties have been engaged in ongoing discussions about the potential impact on this case. In addition, the parties are coordinating a physical evidence review set for the coming week. Defense counsel requires additional time to review discovery with the defendant, and time to continue with further investigation.

Based on the foregoing, the parties stipulate that the status conference currently set for May 23, 2019, be continued to June 20, 2019, at 10:00 a.m.  The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including June 20, 2019, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,


Dated:  May 21, 2019            */s/ Timothy H. Delgado*
                               TIMOTHY H. DELGADO
                               Assistant United States Attorney
                               *Attorney for Plaintiff United States*


Dated:  May 21, 2019            */s/ THD for Hannah R. Labaree*
                               HANNAH R. LABAREE
                               Assistant Federal Defender
                               *Attorney for Defendant Kenneth Bryant*

1

<u>ORDER</u>

2      The Court, having received and considered the parties' stipulation, and good cause appearing

3   therefore, adopts the parties' stipulation in its entirety as its order.  It specifically finds that the failure to

4   grant a continuance in this case would deny counsel reasonable time necessary for effective preparation,

5   taking into account the exercise of due diligence.  The Court also finds that the ends of justice served by

6   granting the requested continuance outweigh the best interests of the public and the defendant in a

7   speedy trial.

8      Time from the date the parties stipulated, up to and including June 20, 2019, shall be excluded

9   from computation of time within which the trial in this case must be commenced under the Speedy Trial

10  Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local

11  Code T4].  It is further ordered that the May 23, 2019 status conference be continued until June 20,

12  2019, at 10:00 a.m.

13      IT IS SO ORDERED.

14  Dated:  May 22, 2019

15

16                                      _____
     MORRISON C. ENGLAND, JR
17     UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28