McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>KENNETH BRYANT,<br><br>                Defendant. | CASE NO. 2:18-CR-0045-MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:   June 20, 2019<br>Time:  10:00 a.m.<br>Judge:  Hon. Morrison C. England, Jr. |

      Plaintiff United States of America, through its respective counsel, and defendant Kenneth Bryant, through his counsel of record, stipulate that the status conference now set for June 20, 2019, be continued to August 15, 2019, at 10:00 a.m.

      In March 2018, Mr. Bryant was arraigned on the 18-count Indictment in this case. (ECF Nos. 3, 8.) In September 2018, he pleaded guilty to Counts 1 and 18. (ECF Nos. 27, 30.) In January 2019, the Court granted Mr. Bryant's unopposed motion to withdraw his guilty pleas based on the need for further investigation and discovery concerning one of the agents involved in the underlying case investigation. (ECF No. 35.) Since that time, the parties have met and reviewed two reports that memorialized an interview with the former-agent, and the parties have been engaged in ongoing discussions about the potential impact on this case. In addition, the parties are coordinating a physical evidence review set for the coming week. Defense counsel requires additional time to review discovery with the defendant, and time to continue with further investigation.

Based on the foregoing, the parties stipulate that the status conference currently set for June 20, 2019, be continued to August 15, 2019, at 10:00 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including August 15, 2019, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: June 18, 2019  /s/ Timothy H. Delgado
TIMOTHY H. DELGADO
Assistant United States Attorney
*Attorney for Plaintiff United States*

Dated: June 18, 2019  /s/ THD for Hannah R. Labaree
HANNAH R. LABAREE
Assistant Federal Defender
*Attorney for Defendant Kenneth Bryant*

# ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Time from the date the parties stipulated, up to and including August 15, 2019, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the June 20, 2019 status conference be continued until August 15, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: June 25, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE