1  McGREGOR W. SCOTT
   United States Attorney
2  TIMOTHY H. DELGADO
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

5

6  Attorneys for Plaintiff
   United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:18-CR-0045-MCE

12                        Plaintiff,       STIPULATION AND ORDER TO CONTINUE
                                           STATUS CONFERENCE
13              v.
                                           Date:      September 12, 2019
14  KENNETH BRYANT,                        Time:      10:00 a.m.
                                           Judge:     Hon. Morrison C. England, Jr.
15                        Defendant.

16

17        Plaintiff United States of America, through its respective counsel, and defendant Kenneth Bryant,

18  through his counsel of record, stipulate that the status conference currently set for September 12, 2019,

19  be continued by one week, to September 19, 2019, at 9:00 a.m.

20        In March 2018, Mr. Bryant was arraigned on the 18-count Indictment in this case.  (ECF Nos. 3,

21  8.)  In September 2018, he pleaded guilty to Counts 1 and 18.  (ECF Nos. 27, 30.)  In January 2019, the

22  Court granted Mr. Bryant's unopposed motion to withdraw his guilty pleas based on the need for further

23  investigation and discovery concerning one of the agents involved in the underlying case investigation.

24  (ECF No. 35.)  Since that time, the parties have met and reviewed two reports that memorialized an

25  interview with the former-agent, and the parties have been engaged in ongoing discussions about the

26  potential impact on this case.  Defense counsel requires additional time to review discovery with the

27  defendant, and time to continue with further investigation.

28  / / /

1    Based on the foregoing, the parties stipulate that the status conference now set for September 12,

2  2019, be continued by one week, to September 19, 2019, at 10:00 a.m.  The parties further agree that

3  time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and

4  including August 15, 2019, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare],

5  and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

6    The parties agree that the failure to grant a continuance in this case would deny defense counsel

7  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8  The parties also agree that the ends of justice served by the Court granting the requested continuance

9  outweigh the best interests of the public and the defendant in a speedy trial.

10                                          Respectfully submitted,

11

12  Dated:  September 10, 2019              /s/ Timothy H. Delgado
                                           TIMOTHY H. DELGADO
13                                         Assistant United States Attorney
                                           Attorney for Plaintiff United States
14

15

16  Dated:  September 10, 2019              /s/ THD for Hannah R. Labaree
                                           HANNAH R. LABAREE
17                                         Assistant Federal Defender
                                           Attorney for Defendant Kenneth Bryant
18

19

20

21

22

23

24

25

26

27

28

<u>ORDER</u>

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Time from the date the parties stipulated, up to and including September 19, 2019, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the September 12, 2019 status conference be continued until September 19, 2019, at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 13, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE