HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HANNAH R. LABAREE, SBN 294338
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
KENNETH BRYANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-45 MCE |
| Plaintiff, | **ORDER AUTHORIZING DEFENDANT TO APPEAR BY VIDEOTELECONFERENCE FOR SENTENCING HEARING PURSUANT TO CARES ACT AND GENERAL ORDER 614** |
| vs. | |
| KENNETH BRYANT, | |
| Defendant. | |

It is hereby ordered that, pursuant to the CARES Act at section 15002(b) and General Order 614, Mr. Kenneth Bryant's personal appearance at the Sentencing Hearing set for May 7, 2020, be made by videoteleconference in lieu of physical appearance, based on a finding that the sentencing in this case cannot be further delayed without serious harm to the interests of justice.

IT IS SO ORDERED.

Dated:  April 22, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-